# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>JESUS ELIAS VILLA-TERAN,<br><br>        Defendant. | Case No.: 18-mj-3038-JLB-WQH<br><br>**JUDGMENT and ORDER** |

On the Government's motion, and for good cause shown, the conviction in the above case is vacated and the charge dismissed without prejudice.

IT IS SO ORDERED.

Dated:  April 20, 2020

*[signature]*
Hon. William Q. Hayes
United States District Court